COURT OF
APPEALS

                                                   EIGHTH DISTRICT OF
TEXAS

                                                              EL
PASO, TEXAS

 


 
 
  
  
 SUN FAB INDUSTRIAL
 CONTRACTING, INC.,
  
                                    
 Appellant,
  
 v.
  
 RAYMUNDO JAIME,
  
                                     Appellee.
 
  
 
 
  
 '
    
 '
    
 '
    
 '
    
 '
  
 '
 
 
  
  
                   No. 08-11-00246-CV
  
                          Appeal from
  
  County Court at Law No. 3
  
 of El Paso County,
 Texas
  
 (TC # 2011-879)
 
 


 

MEMORANDUM OPINION

 

Appellant,
Sun Fab Industrial Contracting, Inc., brings this accelerated appeal from an
order denying its motion to compel arbitration. 
Sun Fab and Appellee, Raymundo Jaime, have filed a joint motion to reverse
the trial court’s judgment and render judgment ordering the parties to
arbitration.  See Tex.R.App.P.
42.1(a)(2).  We grant the motion, reverse
the trial court’s judgment, and render judgment granting Sun Fab’s motion to
compel arbitration.  The motion does not
reflect that the parties have made any agreement regarding costs.  Accordingly, costs are assessed against
Appellant.  Tex.R.App.P. 42.1(d)(absent agreement of the parties, the
court will tax costs against the appellant).

 

February 8, 2012                                 ________________________________________________

ANN CRAWFORD
McCLURE, Chief Justice

 

Before McClure, C.J., Rivera, and Antcliff, JJ.